AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

**EXHIBIT AND WITNESS LIST**

V.

CVB Trial 1111263 / 1111264 Case Number: 1:08MJ105A

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Almond | AUSA MacAdams | Pro Se |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7-17-08 | FTR | J. Noel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 7-17 | | | Mark Barbieri, sworn |
| 1 | | 7-17 | ID | Full 7-17 | aerial photo of VA Hospital |
| 2 | | 7-17 | ID | Full 7-17 | Photograph - split photo 2 pictures. |
| 3 | | 7-17 | ID | Full 7-17 | Photograph - parking lot #4 @ VA split photo |
| 4 | | 7-17 | ID | Full 7-17 | photograph - parking lot #1 frnt split photo |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.