# PETTY OFFENSE DOCKET SHEET AND JUDGMENT ORDER

REPORT: 06/05/08
PRINT CNTRL #: 1

Page: 1

FOR 06/20/08 AT 10:00 AM

MAGISTRATE JUDGE: HON. LINCOLN D. ALMOND 03AF
HEARING SITE: RHIS DISTRICT:RI 01 RHODE ISLAND

| VIOL NO. LOC | HRG TYPE | DEFENDANT NAME ADDRESS | OFFENSE | ISSUED | OFFICER | FTA CODE NARRATIVE | PROC. FEE | SPECIAL ASSESS. | FINE | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| RI50 | O | TAYLOR, EMILIO | FAIL STOP @ STOP SIGN | 05/12/08 | BARBIERI | | $25 | | 25 | $50 |
| 1111263 50.00 50.00 | | 29 EDGEMERE AVE PROVIDENCE RI 02909 SSN# ____ | DRIVERS LIC.# [redacted] | | ST RI | DISPOSITION CODE: TE | | due 8-31-08 | | |
| RI50 | O | TAYLOR, EMILIO | RECKLESS DRIVING | 05/02/08 | BARBIERI | | $25 | | 50 | $75 |
| 1111264 125.00 125.00 | | 29 EDGEMERE AVE PROVIDENCE RI 02909 SSN# ____ | DRIVERS LIC.# [redacted] | | ST RI | DISPOSITION CODE: TE | | due 8-31-08 | | |

TAPE NUMBER(S) ______ HON. LINCOLN D. ALMOND : [signature] USMJ DATE: 7/17/08

* $25 PROCESSING FEE DOES NOT APPLY. VIOLATION ISSUED ON OLD EDITION OF FORM

TIME IN COURT: HOURS 1 MINUTES ______

DISPOSITION CODES:

NO COURT ACTION: FC-FORFEITURE OF COLLATERAL

** COURT ACTION REQUESTED: CT-PAYMENT RECVD/REQ DOCKET/ORDER, NY-NTA RETURNED BY USPS, NO-REOPEN (PER COURT OR CLOSED IN E
NZ/FZ-INCORRECT PAYMENT RECVD, NT-RULE 58 TRANSFER, RI-RETURNED ITEM (NSF)

AFTER TRIAL: TD-DISMISSED/ACCQUITED, TC-COMMITTED TO CUSTODY, TB-PROBATION, TA-DRIVING COURSE, TP-FINE PAID, TR-PAYROLL DEDUCTION, TE-INSTALLMENT PAYMENT, TT-FINE/SENTENCE STAYED, TS-FINE/SENTENCE SUSPENDED

AFTER PLEA: PD-DISMISSED/ACCQUITED, PC-COMMITTED TO CUSTODY, PB-PROBATION, PA-DRIVING COURSE, PP-FINE PAID, PR-PAYROLL DEDUCTION, PE-INSTALLMENT PAYMENT, PT-FINE/SENTENCE STAYED, PS-FINE/SENTENCE SUSPENDED

3